```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAVION ALANZO MORRISON,                             :
                                                    :
                                   Plaintiff,       :
                                                    :           1:21-cv-3139-GHW
             -against-                              :
                                                    :                 ORDER
THOMAS DECKER, in his official capacity as          :
Director, New York Field Office, Immigration &     :
Customs Enforcement, et al.,                        :
                                                    :
                                   Defendants.      :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 12, 2021, Petitioner filed a petition for habeas corpus. Dkt No. 1. On April 13, 2021 the parties submitted letters to the Court stating that they agreed this matter should be transferred to the District of New Jersey, Newark Division. Dkt. Nos. 3 and 4. 28 U.S.C. § 1404 provides that "in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." Accordingly, the Clerk of Court is directed to transfer this case to the District of New Jersey forthwith and without delay. The Clerk of Court is further directed to terminate all pending motions, adjourn all remaining dates, and to close this case. The Court waives the seven-day period provided in Local Civil Rule 83.1 to effectuate a transfer to a different district.

   SO ORDERED.

Dated: April 14, 2021

                                              _____
                                                    GREGORY H. WOODS
                                                   United States District Judge